IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| BONNIE McGRENAGHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:15-cv-00271-SM |
| | : | |
| FEDERAL NATIONAL MORTGAGE | : | |
| ASSOCIATION, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(6)

Plaintiff, Bonnie McGrenaghan ("Plaintiff"), by and through her attorneys, Kyle P. Griffin, Esq., and Craig N. Salomon, Esq., hereby object to Defendant, Federal National Mortgage Association's ("Defendant" or "Fannie Mae"), Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the Plaintiff respectfully requests that this Honorable Court enter an Order:

A.  Denying Fannie Mae's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6); and

B.  Award such other and further relief as it deems appropriate.

Respectfully submitted,
BONNIE MCGRENAGHAN
By her attorneys,

Date: August 14, 2015                   /s/ Kyle P. Griffin_____
                                        Kyle P. Griffin, Esq. (N.H. Bar No. 19329)
                                        Keane & Macdonald, P.C.

1000 Market Street, Bldg. 2, Suite 7
Portsmouth, New Hampshire 03801
Phone: (603) 436-6500
Fax: (603) 431-4643
kyle@keanemacdonald.com


Date: August 14, 2015                    /s/ Craig N. Salomon                      _____
                                         Craig N. Salomon, Esq.
                                         P.O. Box 427
                                         North Hampton, N.H. 03862
                                         (603) 926-5555


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2015, I served the forgoing document electronically through ECF to the following counsel of record.

Thomas J. Pappas, Esq.
P.O. Box 3600
Manchester, N.H. 03105-3600
(603) 626-3300
tpappas@primmer.com

                                         /s/ Kyle P. Griffin                  __
                                         Kyle P. Griffin, Esq.
                                         N.H. Bar No. 19329